IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

LARRY WEBMAN,
RANDY WEBMAN,
DARA WEBMAN,
GEORGE WILLIAMS,

Defendants.

Criminal Action No.
1:13-CR-0025-SCJ

## ORDER

This matter is before the Court for consideration of the Report and Recommendation of the Honorable Janet F. King, United States Magistrate [Doc. No. 113], to which no objections have been filed. After reviewing the Report and Recommendation, it is received with approval and **ADOPTED** as the opinion and order of this Court.

Accordingly, Defendant Larry and Randy Webman's motions to dismiss and to strike surplusage [Doc. Nos. 91, 98] are hereby **DENIED**. Defendant Williams' motion for severance [Doc. No. 89] is hereby **DENIED**.

IT IS SO ORDERED, this 4th day of March, 2014.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE